JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA BERGE, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ECOLAB PRODUCITON LLC, a Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:26-cv-03740-PA (ACCVx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Action Filed: April 17, 2026<br>Action removed: July 06, 2026 |

## ORDER

The Court, having considered the stipulation of the Parties in this matter, hereby finds and orders as follows.

1. The individual claims set forth in this Action are dismissed without prejudice;
2. The putative class claims set forth in this Action are dismissed without prejudice;
3. The Parties will bear their own costs and fees with respect to the prosecution and defense of the claims asserted in the Action; and
4. All upcoming hearings, conference and dates in this Action are vacated.

**IT IS SO ORDERED.**

Dated: August 25, 2026 ,

Percy Anderson
United States District Judge